**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**CLARENDON NATIONAL INSURANCE COMPANY,**

       Plaintiff,

CA: **07-14763**
HON: Patrick J. Duggan
Referral Judge: Donald A. Scheer

v.

**CONTINENTAL AUTO SALES, LLC,
SALWA AMINE SOBH, HASSAN SALIM,**
Personal Representative of the Estate of
**LATIFEH SALIM a/k/a LATIFE SALIM,**
Deceased and **AMINE SALIM,**

       Defendants.

---

| | |
|---|---|
| **John H. Dise, Jr. P27266**<br>**DISE & ASSOCIATES, P.C.**<br>**Attorney for Plaintiff**<br>17515 West Nine Mile Road, Suite 760<br>Southfield, MI 48075<br>(248) 552-8494<br>johndise@sbcglobal.net | Gregory Zlatopolsky (P41341)<br>Law Offices of Gregory Zlatopolsky, P.C.<br>**Attorney for Defendants/Counter-Plaintiffs Estate of Latifeh Salim a/k/a Latife Salim, Amine Salim, and Hassan Salim their Personal Representative**<br>30300 Northwestern Highway, Suite 300<br>Farmington Hills, MI |

---

### ORDER OF DECLARATORY JUDGMENT

At a session of Court held
in the Courthouse, City of Detroit,
County of Wayne, State of Michigan,
on May 2, 2008.

PRESENT:  HON: PATRICK J. DUGGAN
                U.S. DISTRICT COURT JUDGE

CLARENDON NATIONAL INSURANCE COMPANY moved for summary judgment based on its Declaratory Judgment Complaint. Hassen Salim, Personal Representative of the Estate of Latifeh Salim a/k/a Latife Salim, Deceased and Amine

Salim, filed a response, and Plaintiff filed a reply. In the interim, defaults have been filed against Salwa Amine Sobh and Continental Auto Sales, L.L.C., pursuant to Fed. R. Civ. P. 55(a). The only remaining parties stipulated to the following order. The Court decided, based on the stipulation of the parties, to grant this order.

THEREFORE, IT IS ORDERED AND ADJUDGED that the insurance policy, Policy No. DMI00005089-06, issued to Continental Auto Sales, L.L.C., G-3211 S. Dort Hwy., Burton, MI 48529, is limited to coverage for the underlying lawsuit filed in the County of Oakland, captioned as *Hassan Salim, Personal Representative of the Estate of Latifeh Salim a/k/a Latife Salim, Deceased, and Amine Salim v. Salwa Amine Sobh and Continental Auto Sales, L.L.C.,* bearing Case No. 07-085469-NI in the amount of $300,000.

This judgment does not apply to personal injury protection claims. This judgment is binding upon the parties named as parties to this proceeding and all parties claiming by, through or under them for any of them.

Each of the parties to this action shall bear their own costs and attorney fees.

                    s/Patrick J. Duggan
Patrick J. Duggan
                    United States District Judge

Dated: May 2, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 2, 2008, by electronic and/or ordinary mail.

                    s/Marilyn Orem
Case Manager

Approved as to form:

| | |
|---|---|
| **John H. Dise, Jr. P27266**<br>**DISE & ASSOCIATES, P.C.**<br>**Attorney for Plaintiff**<br>17515 West Nine Mile Road, Suite 760<br>Southfield, MI 48075<br>(248) 552-8494<br>johndise@sbcglobal.net | **Gregory Zlatopolsky (P41341)**<br>**Law Offices of Gregory Zlatopolsky, P.C.**<br>**Attorney for Defendants/Counter-Plaintiffs Estate of Latifeh Salim a/k/a Latife Salim, Amine Salim, and Hassan Salim their Personal Representative**<br>30300 Northwestern Highway, Suite 300<br>Farmington Hills, MI |